IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff<br><br>v.<br><br>ALL RIGHT, TITLE, AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES LOCATED AT 2072 WHISPERING COVE, LEWISVILLE, TEXAS, 75067, WITH ALL IMPROVEMENTS, ATTACHMENTS AND EASEMENTS THEREON;<br><br>         Defendant in rem. | NO.  3:19-CV |

## COMPLAINT FOR FORFEITURE

Plaintiff, the United States of America files this verified complaint in rem against the Defendant Property, and states:

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction of this cause of action in rem pursuant to 28 U.S.C. §§ 1345 and 1355.  Venue is proper under 28 U.S.C. § 1355(b)(1) and 28 U.S.C. § 1395(b).

2.      The statutory bases for this suit are 18 U.S.C. § 981, which authorizes the forfeiture of any real or personal property that is involved in a money laundering and racketeering offenses in violation of 18 U.S.C. §§ 1952, 1956, or 1957, and 18 U.S.C. § 2428, which authorizes the forfeiture of any proceeds traceable to the

**Complaint for Forfeiture – Page 1**

transportation of any individual in foreign or interstate commerce with the intent that the person engage in prostitution in violation of 18 U.S.C. § 2421. Also applicable 28 U.S.C. §§ 2461 and 2465, 18 U.S.C. § 983, and 28 U.S.C. Rule G, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions (Supplemental Rules).

## THE DEFENDANT PROPERTY AND ITS LOCATION

3. The defendant real property, with all appurtenances and improvements thereon, is located at 2072 Whispering Cove, Lewisville, Texas, 75067, more particularly described as: Lot 16, in Block B, of Willow Grove Addition, Phase 1, an Addition to the City of Lewisville, Denton County, Texas, according to the Map thereof recorded in Cabinet F, Slide 186, of the Plat Records of Denton County, Texas ("Defendant Property"). *See* Exhibit 1.

4. The real property described above in paragraph 3 is a residential real property conveyed to Pornthipa Khan by a General Warranty Deed on November 28, 2017.

5. In accordance with 18 U.S.C. § 985(b)(1)(A), the Defendant Property will not be seized until the entry of a Final Judgment of Forfeiture.

6. The known potential claimants to the Defendant Property are: Pornthipa Khan, 2072 Whispering Cove, Lewisville, Texas. There are no known encumbrances or liens pertaining to the Defendant Property.

## FACTS AND BASIS FOR FORFEITURE

7. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981 because, as set forth below, it was involved in money laundering, in violation of 18

U.S.C. §§ 1956 or 1957, and/or the interstate travel or transportation of individuals in aid of racketeering enterprises, in violation of 18 U.S.C. § 1952.

8. The Defendant Property further is subject to forfeiture pursuant to 18 U.S.C. § 2428 as proceeds traceable to violations of federal statutes pertaining to prostitution and the Travel Act.

9. In 2009, Special Agents assigned to Immigration and Customs Enforcement's (ICE) Homeland Security Investigations (HSI), Irving, Texas office initiated an investigation with the Dallas, Texas Police Department (DPD) into various establishments that were providing sexual services for monetary gain.

10. These establishments purported to be operating as legitimate massage parlors or spas.

11. One of the businesses under investigation was Moon Night, located at 11308 Emerald Street, Dallas, Texas.

12. In 2013, as part of the continuing investigation, a Source of Information (SOI) advised HSI Special Agents that Pornthipa Khan, also known as "Nina" Khan, was the manager of Moon Night.

13. In 2013, Khan brought the SOI to Moon Night to meet with the owner. The SOI also advised agents that Khan was renovating the space at 11345 Emerald Street, Suite 101, Dallas, Texas, and would open it as a spa under the name "Butterfly."

14. On July 18, 2013, HSI and DPD officers conducted an undercover operation at Moon Night Spa, where a female offered to engage in illegal sex acts for a

fee. During the operation, agents encountered Khan, who purported to be walking by the location and asked what was going on. Khan denied working at Moon Night Spa.

15. On March 5, 2014, HSI agents executed search warrants at a number of spas under investigation, including Moon Night. Following the execution of these search warrants, agents confirmed that these establishments were, in fact, brothels.

16. In August 2018, DPD detectives began investigating Pornthipa Khan and others for operating a massage parlor located at 11309 Emerald Street, Dallas, Texas for providing sexual services for monetary gain.

17. Khan was arrested on March 19, 2019, for Aggravated Promotion of Prostitution, a second-degree felony, based on charges originating from DPD.

18. Khan was again arrested on April 17, 2019, for Money Laundering, a first-degree felony, based on charges originating from DPD.

19. Khan is currently awaiting a criminal trial for both offenses.

20. In August 2018, DPD began researching VICE complaints against establishments located at 11309 and 11345 Emerald Street, Dallas, Texas.

21. A search of City of Dallas Certificate of Occupancy (CO) records identified 11345 Emerald, Suite 101, as "Hi-Butterfly." Khan applied for the CO on September 14, 2012.

22. DPD detectives subsequently initiated surveillance at 11345 and 11309 Emerald Street, Dallas, Texas, and they noted that 11345 Emerald appeared to be in the stages of renovation, and that a vehicle registered to Khan was parked in the back of 11309 Emerald.

23. Khan's vehicle registration address was listed as 11345 Emerald Street, Suite 101, Dallas, Texas; and 2072 Whispering Cove, Lewisville, Texas (the Defendant Property).

24. Khan has no recorded work-related history, according to Texas Workforce Commission records.

25. The Financial Crimes Enforcement Network (FinCEN) database identified approximately two hundred and seven (207) bulk currency transaction reports (BCTR) for Khan from March 30, 2015, to January 23, 2019.

26. During this time frame, Khan made at least $3,885,906.00 in cash deposits, and at least $2,125,390.00 in cash withdrawals. There is no known source of income for Khan outside of her ownership of the spas.[1]

27. From March 13 to November 28, 2017, Khan made at least $1,946,921.00 in cash deposits and at least $1,456,955.00 in cash withdrawals.

28. The Defendant Property was purchased in full in November 2017 via cashier's check from Khan's American National Bank of Texas account. Khan is the only authorized signer on the account and this account was funded almost entirely by cash deposits.

29. City of Dallas Water Department records indicate that Khan was one of the account holders for 11309 Emerald Street, Suite A, known as "Jasmine," in January 2019.

---

[1] Between 2015 and 2019, there are reports gambling activity by Khan at various casinos. However, the records reflect more overall gambling *losses* during this time frame.

**Complaint for Forfeiture – Page 5**

30. Khan also paid the water bill for Suite A at least twice in 2017 under account holder "KIMKON" out of her Bank of America account number ending in 2868.

31. Khan also was the account holder for 11309 Emerald, Suite B, known as "Passion," from March 2018 to January 2019.

32. Discount Power records indicate that Khan was the account holder for electricity at 11309 Emerald, Suite A, known as "Jasmine," from at least March through December 2018 under the alias Nina Khan.

33. Khan paid the electricity charges for Suite A at least three times in 2018 out of her J.P. Morgan Chase Bank account ending in 9392.

34. Bank of America records reveal that Khan opened accounts ending in 2868 and 8425 in June 2011 and was listed as the only authorized signer on the accounts. The total amount deposited into account 2868 from December 19, 2014, to October 11, 2017, was $944,039.92, of which $897,852.00 were cash deposits.

35. During this time period, Khan also received $18,864.00 in wire transfers from the Bank of Ayudhaya located in Thailand from an unknown issuer.

36. Republic Title of Texas, Inc., records show Khan as the sole owner of the Defendant Property. Khan signed the sales contract on November 17, 2017, and purchased the Defendant Property on November 28, 2017, for $305,000 via cashier's check from her American National Bank of Texas account ending in 1964.

37. Khan opened a bank account number ending in 1964 with The American National Bank of Texas on August 29, 2017, with $9,500.00 cash. Khan is the only authorized signer on this account.

**Complaint for Forfeiture – Page 6**

38. From August 29, 2017 to March 28, 2018, Khan made a total of $318,980.00 in cash deposits into the American National Bank of Texas account.

39. In June 2, 2018, Khan opened a checking account ending in 9392 with J.P. Morgan Chase Bank. Khan is the only authorized signer on this account and listed her address as the Defendant Property.

40. From June 2, 2018, to November 21, 2018, a total of $25,720.00 was deposited into this J.P. Morgan Chase Bank account, of which $24,200.00 were cash deposits.

41. On November 5, 2018, DPD investigators initiated covert electronic surveillance at 11309 Emerald St., Dallas, Dallas County, Texas. Data from the electronic surveillance revealed patterns of criminal activity typical for illicit massage businesses engaged in prostitution and human trafficking. For example, customers entered the premises before normal posted business hours, which were 10:00 a.m. to 4:00 p.m. Also, men parked at different locations a considerable distance from 11309 Emerald and walked to the business. Furthermore, at no time were workers picked up or dropped off around the approximate time of posted business hours; rather, the business was opened from the inside, indicating workers live inside the business.

42. On December 4, 2018, DPD investigators executed a search warrant for Khan's Facebook account. The data received from Facebook contained, in part, images of ledgers showing the names or "stage" names of workers and the amount of money they made. DPD deduced, upon analysis of the ledgers provided in response to the search warrant, that the following amounts were paid to workers:

    a) March $29,070.00

    b) April $121,045.00

    c) May $18,142.00

    d) No Date: $3,170.00

    e) Grand Total $171,697.00.

43. On January 8, 2019, DPD and Irving, Texas Police Department investigators initiated an undercover operation at "Passion," 11309 Emerald Street, Suite B, Dallas, Dallas County, Texas.

44. An Irving PD detective entered the business and was directed to a girl named "Lynn" under the guise of receiving a massage. "Lynn" agreed to have sexual intercourse with the detective in exchange for United States currency. "Lynn" attempted to manually masturbate the detective; however, the detective was able to evade the attempt and stated that he just wanted a massage. "Lynn" then became suspicious and asked the detective to leave, which he accomplished without incident. No sexual contact was made during the interaction.

45. On January 8, 2019, DPD and Irving, Texas Police Department investigators initiated an undercover operation at "Jasmine," 11309 Emerald Street, Suite A, Dallas, Dallas County, Texas. The Irving PD detective entered the business and was directed to a girl named "Jessie" under the guise of receiving a massage. "Jessie" asked the detective what sexual act he would like to have performed on him, and agreed to have sexual intercourse with the detective in exchange for United States currency. The detective was able to convince "Jessie" to continue with the "therapeutic massage" and

agreed to a sexual encounter upon his next visit. No sexual contact was made during the interaction.

46. On February 20, 2019, the Lewisville PD executed a search warrant on behalf of DPD at the Defendant Property, where Khan resides. The following evidence was recovered, in part:

   a) A Certificate of Occupancy in the name of Pornthipa Khan for the business "Hi Butterfly" located at 11345 Emerald Street, Suite 101, Dallas, Texas 75229;

   b) Three small envelopes with the name "Roxy" written in the middle, the name of "Steve" written in the upper left corner, the dollar amount written on the bottom right corner, and the date on the top right corner. The date was from October 11-13. There were work schedules associated with the envelopes which match the amount, date, and name of "Roxy";

   c) A lease agreement for 11345 Emerald St. Suite 100, which lists Accomplice Eix as the tenant;

   d) Envelopes with other girls' names and amounts written beside the name on the envelope;

   e) Work schedules listing girls' names, times, amounts, and total amount made for that day;

   f) A foreign deposit slip for Bangkok Bank in the amount of $186,000.00 in Thailand currency, and the Bank of Krungthai for $254,200.00 in Thailand currency;

g) 2017 Dallas County Tax Assessor records showing payment being made with Money Gram money orders for several different property locations, including 11309 Emerald Street, Dallas, Texas;

h) Internal Revenue Service Form 1040 tax returns for Khan, which list her 2014 gross income as $7,870.00; 2015 gross income as $6,039.00 and 2016 gross income as $6,129.00.

47. On February 20, 2019, DPD investigators executed a search warrant at 11309 Emerald Street, Suites A and B, Dallas, Texas. The following items were found, in part:

a) Employee work schedules with approximately nine women working anywhere from ten to fourteen-hour days;

b) A ledger dated February 19, 2019, that matches the images of ledgers found on Khan's Facebook messenger account;

c) Rivers Casino players card #5821877399 issued to Khan;

d) A makeshift bedroom located in the back of suite "B" which contained envelopes with US currency inside each envelope, as well as a schedule sheet of paper showing the date, time and amount earned. The total amount from the envelopes was $13,550.00;

48. The investigation has revealed that the majority of the workers at the Emerald Street locations are from Thailand and Vietnam.

49. At least one worker alleges to be a trafficking victim imported from Thailand by Khan and co-conspirators to work as a prostitute at the described locations.

**Complaint for Forfeiture – Page 10**

## BASES FOR FORFEITURE

50. The Defendant Property is subject to forfeiture because it was involved in a "financial transaction" as that term is defined by 18 U.S.C. § 1956(c)(4), the purpose of which was to: (a) promote the carrying on of the interstate travel or transportation in aid of racketeering enterprises (18 U.S.C. § 1952), a "specified unlawful activity," as that term is defined by 18 U.S.C. § 1956(c)(4); and/or (b) engage in conduct constituting a violation of section 7206 of the Internal Revenue Code of 1986; and/or conceal or disguise the nature, location, source, ownership or control of the proceeds of, the interstate travel or transportation in aid of racketeering enterprises (18 U.S.C. § 1952), a "specified unlawful activity" as that term is defined by 18 U.S.C. § 1956(c)(7).

51. As such, the Defendant Property is property involved in a money laundering transaction in violation of 18 U.S.C. §§ 1956(a)(1)(A)(I) and/or 1956(a)(1)(A)(ii), and/or 18 U.S.C. § 1956(a)(1)(B)(i) and is, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

52. Furthermore, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2428 because it IS property that constitutes or is derived from proceeds traceable to prostitution offenses in violation of 18 U.S.C. § 2421.

53. As such, the Defendant Property is, subject to forfeiture to the United States of America, pursuant to 18 U.S.C. § 2428 (b)(1)(B).

54. Finally, the Defendant Property is subject to forfeiture because it constitutes or is derived from proceeds traceable to 18 U.S.C. § 2421 prostitution

offenses, which are included in the definition of qualifying "specified unlawful activity" under 18 U.S.C. § 1956(c)(7).

55. As such, the Defendant Property is, subject to forfeiture to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(c).

## RELIEF SOUGHT

WHEREFORE, Petitioner, United States of America, prays that:

a) Due process issue to enforce the forfeiture of the Defendant Property;

b) That due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

c) That this court decree forfeiture of the Defendant Property be forfeited to the United States of America to be disposed of in accordance with the law; and

d) For any such further relief as this court deems just and proper, together with costs and disbursements of the action.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ *Gregory S. Martin*
GREGORY S. MARTIN
Assistant United States Attorney
California Bar No. 294482
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8600
E-mail: gregory.martin2@usdoj.gov

## VERIFICATION OF COMPLAINT

I, Jeanna K. Schaare, declare under penalty of perjury:

I am a Special Agent (SA) employed by Immigration and Customs Enforcement's (ICE) Homeland Security Investigations (HSI) in Irving, Texas, and have been so employed since March 2003. I have twenty-three (23) years of law enforcement experience, to include experience as a Special Agent with the Immigration and Naturalization Service (INS). My current job duties include identifying assets obtained through criminal activities for possible seizure and forfeiture. During my career as a law enforcement officer, I have participated in the execution of search and seizure warrants, to include seizure of real properties.

I have read the foregoing Complaint for Forfeiture and know its contents. The factual information contained in the Complaint for Forfeiture is true and correct to the best of my knowledge.

Date: November 6, 2019

JEANNA K. SCHAARE
SPECIAL AGENT

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Verified Complaint for Forfeiture In Rem and Verification were mailed via certified mail, return receipt requested to:

>Pornthipa Khan
>2072 Whispering Cove
>Lewisville, Texas 75067

on this 6th day of November, 2019.

>*/s/ Gregory S. Martin*
>GREGORY S. MARTIN
>Assistant United States Attorney